DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAI MORALI,**
Appellant,

v.

**VAIDA MORALI** and **THE BARKERS PET CENTER, LLC,**
Appellees.

No. 4D18-2046

[May 16, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. FMCE 15-001494.

Sean P. Sheppard of Sheppard Firm, P.A., Fort Lauderdale, for appellant.

Karen Lowell of Lowell Law Firm, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***